```
                                        FILED
                                      FEB 21 2008
                                  CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY  (MB)              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0460-H |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| FERNANDO NAVARRO-HERRERA, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about **11/01/89**, within the Southern District of California, defendant FERNANDO NAVARRO-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:es:San Diego
2/6/08

## Count 2

On or about **11/01/99**, within the Southern District of California, defendant FERNANDO NAVARRO-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about January 25, 2008, within the Southern District of California, defendant FERNANDO NAVARRO-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: **2/21/08**.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney