# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   FERNANDO NAVARRO-HERRERA   [1]   08CR0460-H   *08CR460-H*

[]   []

The Honorable:   RUBEN B. BROOKS

Atty   ERIK GUZMAN OF F.D.   S/A   for   [1]   -

Atty   ___   for   []   -

Atty   ___   for   []   -

TAPE NO. - RBB08-1:1128-1135   *2 min*

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.
ALL PENDING DATES VACATED.
ISSUED ABSTRACT TO USM.

Date:   04/10/08

END OF FORM   by   VTL