**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>FERNANDO NAVARRO-HERRERA,<br><br>                  Defendant. | CASE NO. 08CR0460-H<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __as charged in the Information.__

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/10/08

                                    RUBEN B. BROOKS
                                    UNITED STATES DISTRICT JUDGE

ENTERED ON _____

I have executed within Judgment of dismissal Judgement and Commitment on 4/17/08

United States Marshal

By: _____
USMS Criminal Section